[No. 20390–8–I.   Division One.   July 18, 1988.]

BILL SOLHEIM, ET AL, *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 85–2–18669–9, Frank H. Roberts, Jr., J., entered April 13, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson, J., and Cole, J. Pro Tem.